IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG 23 PM 3: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

United States of America,

　　　　Plaintiff,

vs.

Three Hundred Thousand Dollars
($300,000.00) in U.S. Funds
Seized from Michael Elliot Cole,

　　　　Defendant.

Civil No. **05-2592-MI P**

### ORDER

Pursuant to a complaint filed by the United States on _August 16_, 2005, seeking the forfeiture of Three Hundred Thousand Dollars ($300,000.00) in U.S. Funds Seized from Michael Elliot Cole under the provisions of 18 U.S.C. §§981(a)(1)(C) and 1964, it is hereby ORDERED:

　　　　1.　　That the United States Marshal for this district will seize the defendant property and hold said property subject to the further orders of this Court;

　　　　2.　　That the United States Marshal will serve a copy of the complaint on all known claimants to the defendant property, including, without limitation, Michael Elliot Cole;

　　　　3.　　That the United States Marshal will advertise in the Daily News, Memphis, Tennessee, for a period of three consecutive weeks, once per week. The advertisement will notice that the defendant property was seized by the Federal Bureau of Investigation from Michael Elliot Cole on or about August 15, 2005 in Memphis, Tennessee; that a Verified Complaint of Forfeiture has been filed pursuant to 18 U.S.C. §§981(a)(1)(C) and 1964; and that each party claiming each

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on _8-23-05_



interest in the said currency must file a claim within thirty (30) days of the notice and an answer to the complaint within twenty (20) days thereafter;

    4.    The Marshal may use the attached legal notice in the advertisement.

ENTERED: This 23 day of Aug., 2005.

                                              UNITED STATES DISTRICT JUDGE

APPROVED:

TERRELL L. HARRIS  
United States Attorney

By: CHRISTOPHER E. COTTEN  
Assistant United States Attorney  
800 Federal Building  
Memphis, Tennessee 38103  
(#014277 Tennessee)  
(901) 544-4231

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02592 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT