IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 27 AM 9: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

United States of America,

    Plaintiff,

vs.                                                                   Civil No.   **05-2592-Ml P**

Three Hundred Thousand Dollars
($300,000.00) in U.S. Funds
Seized from Michael Elliot Cole,

    Defendant.

## CONSENT ORDER

Pursuant to the consent and agreement of the parties hereto, by and through their respective attorneys, it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1.    Pursuant to the Claimant's Plea Agreement in <u>United States v. Michael Elliot Cole</u>, No. **05-20290** (W.D. Tenn.), which is wholly incorporated herein by reference, the defendant property shall be forfeited to the United States, to be disposed of in accordance with law.

2.    The Claimant admits no liability in connection with the seizure and forfeiture of the above-described property, which is the subject of this suit.

4.    The United States of America, its agents and employees, are released from any and all claims that might result from the seizure and forfeiture of the defendant property.

5.    This action shall be dismissed with prejudice; and each party shall bear its own attorney's fees and costs.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-27-05



6. The Clerk of Court shall prepare a judgment incorporating the terms of this Order.

**IT IS SO ORDERED,** this 29 day of Sept, 2005.

*/s/ Jon P. McCalla*
UNITED STATES DISTRICT JUDGE

APPROVED AND CONSENTED:

TERRELL. L. HARRIS
United States Attorney

BY: _____
CHRISTOPHER E. COTTEN
Assistant United States Attorney
Attorney for Plaintiff

_____
WILLIAM D. MASSEY
Attorney for the Claimant

_____
LORNA S. McCLUSKY
Attorney for the Claimant

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02592 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT