UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.
05 SEP 27 AM 9:55
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

VS

THREE HUNDRED THOUSAND DOLLARS
($300,000.00) IN U.S. FUNDS
SEIZED FROM MICHAEL ELLIOT COLE.

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 05-2592 Ml/P**

Upon stipulation by the United States of America and Claimant Michael Elliot Cole:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Order of Dismissal filed September 26, 2005, this case is DISMISSED with prejudice. Each party shall bear its own attorney's fees and costs.

APPROVED:

_/s/ Jon P. McCalla_
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

Sept. 26 2005
Date

THOMAS M. GOULD
Clerk of Court

_/s/ Judy Easley_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  9-27-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02592 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT